**Order filed, November 5, 2012.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-00910-CV

_____

## IN THE MATTER OF H.C, Appellant

---

**On Appeal from the 359th District Court**
**Montgomery County, Texas**
**Trial Court Cause No. 12-03-02932 JV**

---

## ORDER

The reporter's record in this case was due October 22, 2012. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order Cherie Reegs and Darlene Forville, the court reporters, to file their records in this appeal **within thirty days** of the date of this order.

PER CURIAM